IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RODNEY L. DONELSON, | ) |
| Petitioner, | ) |
| v. | ) Case No. 4:16-cv-00637-AGF |
| TROY STEELE, | ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Respondent's motion (ECF No. 19) to alter or amend the judgment entered in this case on September 30, 2019, denying the petition for a writ of habeas corpus but issuing a Certificate of Appealability ("COA") with respect to a single claim: whether trial counsel was constitutionally ineffective for withdrawing her motion to sever the murder charges in this case (Ground 1 of the petition). Respondent asserts that the Court should alter or amend the judgment in order to quash the COA. The Court has carefully considered the arguments that Respondent raised in its response to the petition and in its current motion. The Court continues to believe that the COA issued is warranted under 28 U.S.C. § 2253(c).

Accordingly,

**IT IS HEREBY ORDERED** that Respondent's motion to alter or amend the judgment is **DENIED**. ECF No. 19.

*Audrey G. Fleissig*
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 9th day of December, 2019.