IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| RODNEY L. DONELSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 4:16-cv-00637-AGF |
| | ) | |
| TROY STEELE, | ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM AND ORDER

This closed matter, which was filed under 28 U.S.C. § 2254, is now before the Court on Petitioner's pro se motion (ECF No. 24) for the appointment of counsel. Because the case is now on appeal, the Court will direct the Clerk to transfer Petitioner's motion to the United States Court of Appeals for the Eighth Circuit.

The Court also notes that on January 14, 2020, the Eighth Circuit issued an Order (ECF No. 30) requiring Petitioner to pay the appellate filing and docketing fee or to file a motion for leave to proceed in forma pauperis ("IFP") in the district court by February 4, 2020, in order to proceed with his appeal. Petitioner has not filed a motion for leave to proceed IFP in this Court. Therefore, the Court will also direct the Clerk to send Petitioner a copy of the Court's form motion to proceed IFP.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall transfer Petitioner's pro se motion to appoint counsel (ECF No. 32) to the United States Court of Appeals for the Eighth Circuit.

**IT IS FURTHER ORDERED** that the Clerk of Court shall send Petitioner a copy of the Court's form motion to proceed in forma pauperis.

                                               */s/ Audrey G. Fleissig*
                                            AUDREY G. FLEISSIG
                                            UNITED STATES DISTRICT JUDGE

Dated this 28th day of January, 2020.